937 A.2d 429

**Troy CONNELLY, Appellant,**

**v.**

**DEPARTMENT OF CORRECTIONS, Jeffrey Beard, Ph.D.-Secretary, Louis Folino, Superintendent, Gina Perry, Records Room Supervisor of the State Correctional Institute at Greene, Waynesburg, Pennsylvania, and Robert J. Durison, Director of CMR/PPS, Appellees.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the Order of the Commonwealth Court dated May 4, 2007 is **AFFIRMED.**